(127 So. 247)

### John FRASIER v. STATE.

6 Div. 607.

Supreme Court of Alabama.

March 20, 1930.

Fort, Beddow & Ray, of Birmingham, and Mathews & Mathews, of Bessemer, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM.

Petition of John Frasier for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Frasier v. State, 127 So. 246.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.